UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-41270 |
|---|---|
| JEANETTE M DUNCAN | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010510**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 24/ 1,006 | PEFFLEY FORD<br>4600 N MAIN ST<br>DAYTON, OH  45405 | 176.30 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/29/2010

Certificate of Service           04-41270

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JEANETTE M DUNCAN<br>7922 ALAMOSA LANE<br>INDIANAPOLIS, IN  46236 | CHARLES B FOX<br>1344 WOODMAN DR<br>SUITE F<br>DAYTON, OH  45432 | (1009.1n)<br>ALICE WHITTEN<br>AMERICREDIT<br>4000 EMBARCADERO<br>ARLINGTON, TX  76014 |
| (50.1n)<br>B FIRST LLC<br>MAIL STOP 550<br>2101 FOURTH AVENUE SUITE 1030<br>SEATTLE, WA  98121 | (52.1n)<br>COSTEP<br>1109 NOLANA SUITE 201<br>MCALLEN, TX  78504 | (49.1n)<br>ECMC<br>7325 BEAUFONT SPRINGS<br>SUITE 200<br>RICHMOND, VA  23225 |
| (51.1n)<br>HILARY B. BONIAL<br>9441 LBJ FREEWAY<br>SUITE 350<br>DALLAS, TX  75243 | (1011.1n)<br>JOEL K JENSEN<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45201 | (1007.1n)<br>JP MORGAN CHASE BANK, NATIONAL<br>ASSOCIATION<br>7255 BAYMEADOWS WAY<br>MAIL STOP JAXB2007<br>JACKSONVILLE, FL  32256 |
| (1010.1n)<br>LINH TRAN<br>2101 FOURTH AVE<br>SUITE 900<br>SEATTLE, WA  98121 | (47.1n)<br>MICHAEL W SANDNER<br>2700 KETTERING TOWER<br>40 N MAIN ST<br>DAYTON, OH  45423 | (1006.1)<br>PEFFLEY FORD<br>4600 N MAIN ST<br>DAYTON, OH  45405 |
| (44.1n)<br>PREMIER BANKCARD<br>PREMIER CSI DEPT SDPR<br>BOX 2208<br>VACAVILLE, CA  95696 | (1012.1n)<br>STEVEN C KATCHMAN<br>137 N MAIN ST  SUITE 610<br>DAYTON, OH  45402 | (54.1n)<br>TEXAS GUATANTEED STUDENT LOAN<br>TG MAIL CENTER ATTN CLAIMS DEP<br>3500 WADLEY PLACE STE 303<br>AUSTIN, TX  78728 |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner_____    sv